## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| RICHARD R. GATES, | ) | 3:19-cv-00309-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | March 12, 2021 |
| R. BAKER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KAREN WALKER</u>   REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendants' Motion to Stay (ECF No. 28).  Defendants request a stay of the Scheduling Order deadlines, to be reset if and when a party files a motion for substitution and that is motion is granted by the court.

Good cause appearing, Defendants' Motion to Stay (ECF No. 28) is **GRANTED**. The deadlines set forth in the court's Scheduling Order (ECF No. 24) are **VACATED** and will be reset if necessary.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:  _____/s/_____
Deputy Clerk